USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CEDRIC BISHOP, *On Behalf Of Himself And All Other Persons Similarly Situated*,

                    Plaintiff,

-against-

ROSESKINCO INC.,

                    Defendant.

1:24-cv-06013-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

In advance of the Initial Pretrial Conference scheduled for December 18, 2024 at 11:00 AM the parties submitted a proposed Civil Case Management Plan and joint letter. [ECF No. 13]. Portions of the proposed Civil Case Management Plan filed were incomplete and illegible thus the Court Ordered the parties to resubmit a fully completed and legible proposed Civil Case Management Plan. [ECF No. 15]. The parties submitted an updated proposed Civil Case Management Plan indicating that all parties consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. [ECF No. 16].

Accordingly, IT IS HEREBY ORDERED that, **by December 16, 2024**, the parties shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, *available at* https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

IT IS FURTHER ORDERED that the Initial Pretrial Conference scheduled for December 18, 2024 at 11:00 AM is ADJOURNED *sine die*.

**SO ORDERED.**

**Date: December 12, 2024**
**New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**