**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CEDRIC BISHOP,  :
 :
            Plaintiff,  :     24-CV-6013 (OTW)
 :
       -against-  :     **ORDER**
 :
ROSESKINCO INC.,  :
 :
            Defendant.  :
 :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties have advised the Court that this action has settled. (ECF 21). Accordingly, it is ordered that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days of the date of this Order if the settlement is not consummated. **Any application to reopen must be filed within forty-five days of this Order**. Any application to reopen filed thereafter may be denied solely on that basis.

Any pending motions are terminated as moot, and all conferences are vacated.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                  _s/ Ona T. Wang_
Dated: March 7, 2025                                **Ona T. Wang**
     New York, New York                 United States Magistrate Judge